1  Richard S. Amador (SBN 137417)
   Sheila A. Khan-Variba (SBN 219434)
2  amador@sanchez-amador.com
   khan-variba@sanchez-amador.com
3  SANCHEZ & AMADOR, LLP
   660 S. Figueroa Street, Suite 2250
4  Los Angeles, California 90017
   (213) 955-7200
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

FILED

JAN 2 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7

8                    UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10  ALMA TERRONEZ, an individual,          CASE NO. 1:09-CV-01596-AWI-SMS
11
              Plaintiff,                   STIPULATION OF DISMISSAL WITH
12                                         PREJUDICE
         v.
13                                         [FRCP 41(A)(1)]
    WELLS FARGO BANK, NATIONAL
14  ASSOCIATION, a Corporation; and DOES 1
    through 60, inclusive,
15
              Defendants.
16

17

18
         IT IS HEREBY STIPULATED by and between the parties to this action through their
19
    designated counsel that the above-captioned action be and hereby is dismissed with prejudice
20
    pursuant to FRCP 41(a)(1).
21
    Dated: January 18, 2010
22                                          _____
                                            David A. Cohn, Esq.
23                                          Kesluk & Silverstein, P.C.
                                            Attorney for Plaintiff Alma Terronez
24

25  Dated: January 20, 2010
    It is so Ordered. Dated: 1-26-10        _____
26                                          Sheila A. Khan-Variba, Esq.
                                            Sanchez & Amador, LLC
27  _____         Attorneys for Defendant
    United States District Judge            Wells Fargo Bank, N.A.
28

                                           1
                                           STIPULATION FOR DISMISSAL WITH PREJUDICE

**PROOF OF SERVICE**

*Alma A. Terronez v. Well Fargo Bank, N.A.*
**Eastern District Court of California, Fresno Division**
Case No. 1:09-CV-01596-AWI-SMS

STATE OF CALIFORNIA, COUNTY OF KERN:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 660 South Figueroa Street, Los Angeles, California 90017. On the date of **January 25, 2010**, I served the foregoing document(s) described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on interested parties in this action, by placing a true copy thereof, enclosed in sealed envelope(s) addressed as follows:

David A. Cohn, Esq.
KESLUK & SILVERSTEIN, P.C.
9255 Sunset Blvd., Suite 411
Los Angeles, CA 90069

(X) **BY MAIL:** I deposited such envelope(s) in the mail at Los Angeles, California

(X) **AS FOLLOWS:** I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

( ) **STATE:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 25, 2010** at Los Angeles, California.

_____
Donna Griffith

PROOF OF SERVICE